**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **CIHAN FATIH ERMIS #A245-917-734** | **CIVIL ACTION NO. 1:26-CV-01819 SEC P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **WARDEN RIVER CORRECTIONAL CENTER ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

Pro se Petitioner Cihan Fatih Ermis ("Ermis") filed a Petition for Writ of Habeas Corpus (Rec. Doc. 1) seeking release from detention. Ermis was ordered to amend the Petition by July 22, 2026, but did not comply. Rec. Doc. 3.

According to the Executive Office for Immigration Review, Ermis was granted voluntary departure on June 18, 2026.[1] The United States Attorney's Office has advised the Court that Ermis voluntarily departed on July 12, 2026.

"Article III of the Constitution limits federal 'Judicial Power,' that is, federal-court jurisdiction, to 'Cases' and 'Controversies.'" *U.S. Parole Comm'n v. Geraghty*, 445 U.S. 388, 395 (1980). A case becomes moot "when the issues presented are no longer 'live' or the parties lack a legally cognizable interest in the outcome." *Id.* at 396 (quoting *Powell v. McCormack*, 395 U.S. 486, 496 (1969)). If a controversy becomes moot, the case must be dismissed for lack of jurisdiction. *Lewis v. Continental Bank Corp.*, 494 U.S. 472, 477 (1990).

The case-or-controversy requirement "subsists through all stages of federal judicial proceedings, trial and appellate." *Spencer v. Kemna*, 523 U.S. 1, 7 (1998) (citations omitted). The parties must continue to have a "personal stake in the outcome" of the lawsuit. *Id.* Therefore,

[1] https://acis.eoir.justice.gov/en/caseInformation

throughout the litigation, the petitioner "must have suffered, or be threatened with, an actual injury traceable to the defendant and likely to be redressed by a favorable judicial decision." *Id.*

Because Ermis is no longer in custody, the case is moot.

Accordingly, **IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus (Rec. Doc. 1) is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**THUS, DONE AND SIGNED** in Chambers this 27th day of October, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**